1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  DIONE C. WRENN, ESQ.
   Nevada Bar No. 13285
3  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 S. 4th Street, Suite 1550
4  Las Vegas, NV 89101
   Telephone:  (702) 577-9300
5  Direct Line:  (702) 577-9304
   Facsimile:  (702) 255-2858
6  Email:  rschumacher@grsm.com
             dwrenn@grsm.com
7
8  *Attorneys for Defendant,*
   *MONTREUX GOLF & COUNTRY CLUB, INC.*
9

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

10

11              **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13  CYNTHIA KEY, ALEXIS KEY, CHRISTY          CASE NO: 3:24-cv-00389-MMD-CLB
    EVANS, NAOMI NGUYEN & DANIELLE
14  VAILLANCOURT,
15                                            **STIPULATION AND ORDER TO
                    Plaintiffs,               EXTEND TIME TO FILE
16                                            STIPULATION AND ORDER FOR
                                              DISMISSAL**
17         vs.                                *(First Request)*

18  MONTREUX GOLF & COUNTRY CLUB,
    INC.,
19
                    Defendant.
20

21         Pursuant to LR 7-1 and LR IA 6-1, Defendant Montreux Golf & Country Club, Inc.

22  ("Montreux"), by and through its attorneys, Robert E. Schumacher, Esq. and Dione C. Wrenn,

23  Esq. of the law firm of Gordon Rees Scully Mansukhani LLP and Plaintiffs Cynthia Key, Alexis

24  Key, Christy Evans, Naomi Nguyen and Danielle Vaillancourt ("Plaintiffs"), by and through

25  their attorneys, Mark Mausert, Esq. and Sean McDowell, Esq. of the law firm of Mark Mausert

26  Law Office hereby stipulate and agree as follows:

27         1.      On December 6, 2024, the parties reached a settlement agreement during the

28  Early Neutral Evaluation session held before Magistrate Judge Craig S. Denney.

---
                              -1-

2.      Pursuant to the Minutes of Proceedings [ECF No. 23], the parties shall file a stipulation to dismiss this matter with prejudice no later than Monday, January 6, 2025.

3.      The parties request an extension to file the stipulation for dismissal with prejudice on January 10, 2025, to allow time for Plaintiffs to receive the settlement check.

4.      The settlement check is en route to Plaintiff's counsel and set for delivery by January 7, 2025.

5.      This request for extension is made in good faith and is not sought for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED this 6th day of January 2025.

**GORDON REES SCULLY
MANSUKHANI**

*/s/ Dione C. Wrenn*
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

***Attorneys for Defendant,
MONTREUX GOLF & COUNTRY CLUB,
INC.***

DATED this 6th day of January 2025.

**MARK MAUSERT LAW OFFICE**

*/s/ Mark Mausert*
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
SEAN MCDOWELL, ESQ>
Nevada Bar No. 15962
729 Evans Avenue
Reno, NV 89512

***Attorneys for Plaintiffs***

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 7, 2025

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101