ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9304
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com
         dwrenn@grsm.com

*Attorneys for Defendant,*
*MONTREUX GOLF & COUNTRY CLUB, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA KEY, ALEXIS KEY, CHRISTY EVANS, NAOMI NGUYEN & DANIELLE VAILLANCOURT,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTREUX GOLF & COUNTRY CLUB, INC.,<br><br>Defendant. | CASE NO: 3:24-cv-00389-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Montreux Golf & Country Club, Inc. ("Montreux"), by and through its attorneys, Robert E. Schumacher, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP and Plaintiffs Cynthia Key, Alexis Key, Christy Evans, Naomi Nguyen and Danielle Vaillancourt ("Plaintiffs"), by and through their attorneys, Mark Mausert, Esq. and Sean McDowell, Esq. of the law firm of Mark Mausert Law Office hereby stipulate and agree to the dismissal with prejudice of all claims against all parties in the above-entitled matter.

///

///

The parties further stipulate that all parties are to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 9th day of January 2025.    DATED this 9th day of January 2025.

**GORDON REES SCULLY MANSUKHANI**          **MARK MAUSERT LAW OFFICE**

*/s/ Dione C. Wrenn*                   */s/ Sean McDowell*
ROBERT E. SCHUMACHER, ESQ.             MARK MAUSERT, ESQ.
Nevada Bar No. 7504                    Nevada Bar No. 2398
DIONE C. WRENN, ESQ.                   SEAN MCDOWELL, ESQ.
Nevada Bar No. 13285                   Nevada Bar No. 15962
300 S. 4th Street, Suite 1550          729 Evans Avenue
Las Vegas, NV 89101                    Reno, NV 89512

*Attorneys for Defendant,*             *Attorneys for Plaintiffs*
*MONTREUX GOLF & COUNTRY CLUB, INC.*

**IT IS SO ORDERED.**

_____
**UNITED STATES JUDGE**

**DATED:** January 10, 2025

-2-